# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELENA BATURINA, a Russian citizen,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DIETER ABT, a California resident,<br><br>　　　　Respondent. | Case No. 2:18-CV-05886-CBM-AFMx<br>**JUDGMENT [JS-6]**<br>Honorable Consuelo B. Marshall |

Consistent with the Order re Petition of Elena Baturina for an Order To Confirm Arbitration Award and Enter Judgment in Conformity With the Arbitration Award and Motion For Restatement of Petition of Elena Baturina For Order to Confirm Arbitration Award and Enter Judgment in Conformity With the Arbitration Award, the Court enters judgment in favor of Elena Baturina, and against Dieter Abt, in the amount of **USD $10,433,771.91** and **EUR €40,143.36**, which are comprised of the following:

| | |
|---|---|
| **Loan Agreement No. 1** | **USD $5,000,000.00** |
| 3% Interest on Capital from 06/30/2011 to 12/30/2011 | USD $75,205.48 |
| 4% Default interest from 12/31/2011 to 03/14/2014 | USD $440,547.95 |
| 4% Compound interest from 03/14/2014 to 11/05/2018 | USD $1,103,782.94 |
| **Loan Agreement No. 2** | **USD $1,500,000.00** |
| 2.5% Interest on Capital from 10/08/2011 to 01/31/2013 | USD $49,417.81 |

| | |
|---|---:|
| 4% Default interest from 02/01/2013 to 03/14/2014 | USD $66,739.73 |
| 4% Compound interest from 03/14/2014 to 11/05/2018 | USD $323,416.75 |
| **Loan Agreement No. 3** | **USD $500,000.00** |
| 2.5% Interest on Capital from 11/06/2012 to 01/31/2013 | USD $2,945.21 |
| 4% Default interest from 02/01/2013 to 03/14/2014 | USD $22,246.58 |
| 4% Compound interest from 03/14/2014 to 11/05/2018 | USD $105,098.56 |
| **Loan Agreement No. 4** | **USD $1,000,000.00** |
| 2.5% Interest on Capital from 03/01/2013 to 06/17/2013 | USD $7,397.26 |
| 4% Default interest from 06/18/2013 to 03/14/2014 | USD $29,479.45 |
| 4% Compound interest from 03/14/2014 to 11/05/2018 | USD $207,494.19 |
| **Total Amounts for Loan Agreements on 11/05/2018** | **USD $10,433,771.91** |
| **Pre-Award Costs and Attorneys' Fees** | **EUR €135,607.98** |
| **Total Amounts:** | **USD $10,443,771.91** |
| | **EUR €40,143.36** |

DATED: December 19, 2018.

_____
Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE